UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES

v.

DEREK B. VEREEN,
STEVEN M. KOWALIK,
                    Defendants.

MAGISTRATE NO. 0 8 - 0 1 7 - M - 0 1
MAGISTRATE NO.
08 - 0 1 7 - M - 0 2

## INFORMATION

*The United States Attorney charges*:

FIRST COUNT:

On or about November 20, 2007, in United States Reservation #421 (also known as

Shepherds Parkway, Oxen Cove, and Old District of Columbia Tree Nursery), a boundary of

federal land administered by and subject to the jurisdiction of the National Park Service and U.S.

Park Police, in the District of Columbia, defendant Derek B. Vereen and defendant Steven M.

Kowalik did unlawfully take or possess wildlife in an area where hunting and trapping is

prohibited by regulation of the United States, to wit: did kill a fox with the use of a bow and

arrow, in violation of Title 16, United States Code, Section 3; Title 36, Code of Federal

Regulations, Sections 1.3-1.4, 2.2(a).

SECOND COUNT:

On or about November 20, 2007, in United States Reservation #421 (also known as

Shepherds Parkway, Oxen Cove, and Old District of Columbia Tree Nursery), a boundary of

federal land administered by and subject to the jurisdiction of the National Park Service and U.S.

Park Police, in the District of Columbia, defendant Derek B. Vereen and defendant Steven M.

Kowalik did unlawfully take or possess wildlife in an area where hunting and trapping is prohibited by regulation of the United States, to wit: did kill a fox with the use of a bow and arrow, in violation of Title 16, United States Code, Section 3; Title 36, Code of Federal Regulations, Sections 1.3-1.4, 2.2(a).

THIRD COUNT:

On or about November 20, 2007, in United States Reservation #421 (also known as Shepherds Parkway, Oxen Cove, and Old District of Columbia Tree Nursery), a boundary of federal land administered by and subject to the jurisdiction of the National Park Service and U.S. Park Police, in the District of Columbia, defendant Derek B. Vereen and defendant Steven M. Kowalik did unlawfully possess, carry, or use a weapon where possessing, carrying, or using a weapon is prohibited by regulation of the United States, to wit: a hunting bow and arrow for use in killing deer and fox, in violation of Title 16, United States Code, Section 3; Title 36, Code of Federal Regulations, Sections 1.3-1.4, 2.4(a)(1).

FOURTH COUNT:

On or about November 22, 2007, in United States Reservation #421 (also known as Shepherds Parkway, Oxen Cove, and Old District of Columbia Tree Nursery), a boundary of federal land administered by and subject to the jurisdiction of the National Park Service and U.S. Park Police, in the District of Columbia, defendant Derek B. Vereen and defendant Steven M. Kowalik did unlawfully take or possess wildlife in an area where hunting and trapping is prohibited by regulation of the United States, to wit: did kill a deer with the use of a bow and arrow, in violation of Title 16, United States Code, Section 3; Title 36, Code of Federal Regulations, Sections 1.3-1.4, 2.2(a).

FIFTH COUNT:

On or about November 20, 2007, in United States Reservation #421 (also known as

Shepherds Parkway, Oxen Cove, and Old District of Columbia Tree Nursery), a boundary of

federal land administered by and subject to the jurisdiction of the National Park Service and U.S.

Park Police, in the District of Columbia, defendant Derek B. Vereen and defendant Steven M.

Kowalik did unlawfully possess, carry or use a weapon where possessing, carrying, or using a

weapon is prohibited by regulation of the United States, to wit: a hunting bow and arrow for use

in killing deer and fox, in violation of Title 16, United States Code, Section 3; Title 36, Code of

Federal Regulations, Sections 1.3-1.4, 2.4(a)(1).


Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


By:    JEAN W. SEXTON
Assistant United States Attorney
N.J. Bar # 02122-1995
Federal Major Crimes Section
555 4th Street, N,W., Room 4235
Washington, D.C. 20530
(202) 305-1419
(202) 514-6010 (fax)
jean.sexton@usdoj.gov