CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 08-17-M-02
)
Steven M. Kowalik )
)

WAIVER OF (BENCH) TRIAL ~~BY JURY~~

FILED
FEB 0 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to A BENCH trial ~~by jury~~.

_____
X Stev Kowalik
Defendant

_____
Cal
Counsel for defendant

I consent:

_____
Jean W Sexton
United States Attorney

Approved:

_____
Judge