UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        :

v.                               :   Magistrate No.  08-017-M-02 (AK)

STEVEN M. KOWALIK,               :

Defendant.

FILED

FEB 0 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT OF OFFENSE

The parties in this case, the United States of America, and the defendant, Steven M. Kowalik, stipulate and agree that the following facts are true and accurate:

On Thursday, November 22, 2007 (Thanksgiving Day), at approximately 10:30 a.m., uniformed officers of the United States Park Police (USPP) responded to a report of "deer hunting in progress" in the park behind the Blue Plains Impoundment Lot. The park, officially known as United States Reservation Number 421, is a National Park located in the District of Columbia that is commonly known as Shepherd Parkway, Oxon Cove, or the "old DC Tree Nursery," and hunting is prohibited in the park by federal regulation.

A vehicle associated with the "deer hunters" was broadcasted as a black Toyota pickup truck, bearing Virginia registration plate KLG3393. Upon arrival at the park, a security officer from the Blue Plains Impoundment Lot informed the USPP officers that he had seen two men enter the park wearing camouflaged clothing and carrying hunting weapons. The USPP officers then located the black Toyota pickup truck parked in a restricted area of the park. The pickup truck had been driven around roadway barricades that were designed to prevent vehicle access into the park, and had been parked in such a manner as to be hidden behind the fence separating the park from the Blue Plains Impoundment Lot. The vehicle, which was not occupied, was

registered to codefendant Derek B. Vereen.

Officers from the USPP who were canvassing the park by helicopter observed two individuals, later determined to be Steven M. Kowalik and codefendant Derek B. Vereen, crouching over a Whitetail Deer carcass in a meadow of the park. The USPP helicopter landed, and an officer held the defendants at gunpoint. The defendants surrendered peacefully and were placed under arrest. Closer inspection of the weapons carried by both men revealed them to be modern compound bows with attachable quivers containing razor tipped arrows. Blood and hair from both fox and deer were found on some of the arrows.

An inspection of the Whitetail Deer carcass, which was an 8 point antlered buck, revealed it had been field dressed and gutted for transport from a kill site. Entrance and exit wounds found on the carcass indicated the animal had been shot with razor tipped arrows, and a six foot drag rope was attached to the base of the deer antlers. A subsequent search of the park revealed two piles of fresh Whitetail Deer buck entrails. One pile consisted of the hollow and non-editable organs and the other contained the heart, liver and kidneys. A blood and hair trail, together with visible drag marks on the ground, led from the entrails to the same Whitetail Deer carcass that the defendants were seen crouching over more than 300 yards away.

The search of the park also revealed two dead Red Foxes. An inspection of the fox carcasses revealed that both animals had suffered wounds consistent with those received from arrows, and that they appeared to have been dead for at least 36 hours. The officers also recovered two portable hunting stands attached to trees that belonged to the defendants, and a small camouflaged bag containing a canister of simulated deer scent; a deer call used to make the sound of a deer so other deer would come to the area; and a LED battery operated head lamp that

belonged to defendant Kowalik.

Steven Kowalik was interviewed and acknowledged that he and Derek Vereen were friends and fellow hunters and that together the two men purposely hunted the eight-point Whitetail Deer buck. The defendant stated that he had shot the deer with a bow and arrow earlier that day; that both men had searched for the wounded deer and together gutted the animal; and that both men had helped drag the deer back toward the defendant's truck with the intent to transport the carcass from area. The defendant further admitted that he had shot two foxes while in the park with codefendant Vereen. He shot the first fox on November 20, 2007, using a razor tip arrow as it entered the field not far from where the deer carcass was located. He could not find it because it crawled away into the underbrush. He shot the second fox also with a razor tip arrow. He found the second fox still alive so he shot it again with a field tip arrow.

Finally, defendant Kowalik further stated that he and codefendant Vereen had visited USPP headquarters to try to get permission for the hunt, but that they were told they could not hunt in the District of Columbia. Codefendant Vereen told him to "read between the lines" and they decided to hunt anyway. On November 20th and November 22nd, 2007, Defendant Kowalik did not possess a license to hunt in the District of Columbia.

_____
JEAN W. SEXTON
Assistant United States Attorney

_____
STEVEN M. KOWALIK
Defendant

_____
CARLOS VANEGAS
Attorney for Defendant Kowalik